UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DURRELL ANTHONY PUCKETT,

Plaintiff,

v.

B. HAYNES,

Defendant.

No. 2:25-cv-02875-DJC-EFB (PC)

ORDER

Plaintiff is a state prisoner proceeding without counsel in this action brought pursuant to 42 U.S.C. § 1983. This proceeding was referred to this court by Local Rule 302 pursuant to 28 U.S.C. § 636(b)(1). Plaintiff seeks leave to file an amended complaint. ECF No. 5.

Federal Rule of Civil Procedure 15(a)(1) provides that a party may amend her complaint once as a matter of course if a responsive pleading has not yet been filed, as is the case here. Accordingly, the motion for leave to amend is GRANTED, and the court accepts the amended complaint (ECF No. 6) as the operative pleading in this matter.

SO ORDERED.

Dated: September 4, 2026

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE